# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM***
ARI D. GANCHROW*

MAURA E. BREEN**
SAMUEL R. BLOOM****

\* ADMITTED IN NY AND NJ
\*\*ADMITTED IN NY AND CT
\*\*\* ADMITTED IN NY AND FLA
\*\*\*\*ADMITTED IN NY, NJ AND MD

April 21, 2025

By: ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, New York

> Application GRANTED. The Court commends the parties in their progress towards resolving their dispute. The initial pretrial conference scheduled for April 29, 2025 is hereby ADJOURNED until **June 3, 2025** at **9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 15.
>
> SO ORDERED.
>
> *[signature]*
>
> April 21, 2025

Re: Manny Pastreich, as Trustee and the Trustee, et al.
         v.
     Armed Security, Inc., et al.
     S.D.N.Y. Docket No 25-CV-953 (JMF)

Dear Judge Furman,

The undersigned is counsel for the Plaintiffs in connection with the above captioned matter. The following request is made pursuant to Section 4A of Your Honor's Individual Practice Rules.

The Court has scheduled an initial conference in this matter for April 29, 2025, at 9:00am. The parties respectfully request a thirty day adjournment of the conference and related obligations, including submission of a proposed case management plan, as the parties are in the process of resolving the underlying dispute. This is a first request. All parties agree to the request. No deadlines have yet been set.

Respectfully submitted,

*[signature]*

Ira A. Sturm

Cc:    Amy Smith, Esq. (By Email: asmith@islerdare.com)